UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Michael Goliszeski,

        Defendant.

19-cr-889 (AJN)

ORDER

DEC 1 3 2019

ALISON J. NATHAN, District Judge:

Due to a change in the Court's calendar, the presentment, waiver of indictment, arraignment, initial conference, and guilty plea scheduled for December 12, 2019 at 3 p.m. is hereby rescheduled to December 12, 2019 at 10 a.m.

SO ORDERED.

Dated: December ___, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge