# Stephen G. McCarthy, Jr.
Attorney at Law
101 Avenue of the Americas, Suite 942
New York, New York 10013
www.sgmccarthy.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/20

Admitted to the Bar in
New York, New Jersey
and Florida

(212) 925-5901
Fax (212) 925-5904
sgmccarthy@sligotribeca.com

**SO ORDERED 4/14/20**

*Alison J. Nathan, U.S.D.J.*

April 9, 2020

Honorable Alison J. Nathan
United States District Court judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Defendant's sentencing is hereby adjourned to June 25, 2020 at 11 a.m. Pursuant to the Court's Individual Practices in Criminal Cases, Defendant's sentencing submission is due June 18, 2020. The Government's sentencing submission is due June 22, 2020.
> SO ORDERED.

Re: United States v. Michael Goliszeski, Docket #0208 1:19-CR-889-01(AJN).

Dear Judge Nathan,

I represent the above captioned individual on a matter, next on for sentencing before your Honor on April 23, 2020.

I am writing to respectfully request that the Court adjourn the matter sixty (60) days, due to the current public health emergency. I have been unable to meet with my client, due to his age, and the mandate of government safeguards to properly review the PreSentence Investigation Report, and prepare for sentencing.

AUSA Michael Herman, (212)637-2221, has no objection to this request.

Thank you in advance for the court's consideration of my request.

Respectfully submitted,
By: _____
Stephen G. McCarthy, Jr.

Cc: Michael R. Herman, Esq.
    Assistant United States Attorney