USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/28/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

    -v-

Michael Goliszeski,

              Defendant.

19-cr-889 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On April 22, 2020, the Court received via email a proposed consent order granting substitution of attorney in the above-captioned case. Pursuant to Rule 3.B of the Court's Individual Practices in Criminal Cases, when there is a substitution of defense counsel, counsel of record must submit a letter, filed on ECF, to schedule a conference. At the conference, the Court will address the application by defense counsel to be relieved. The defendant, replacement counsel and the A.U.S.A. must also attend the conference.

    Accordingly, by May 5, 2020, counsel of record shall submit a letter, filed on ECF, proposing dates for a video or telephone conference at which the Court will address the application by defense counsel to be relieved.

    SO ORDERED.

Dated: April 28, 2020
       New York, New York

                                        ALISON J. NATHAN
                                        United States District Judge