SO ORDERED 5/8/20

Alison J. Nathan, U.S.D.J.

Case 1:19-cr-00889-AJN   Document 19   Filed 05/08/20   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/8/20

**Stephen G. McCarthy, Jr.**
Attorney at Law
101 Avenue of the Americas, Suite 942
New York, New York 10013
www.sgmccarthy.com

Admitted to the Bar in
New York, New Jersey
and Florida

(212) 925-5901
Fax (212) 925-5904
sgmccarthy@sligotribeca.com

> A substitution of counsel teleconference is hereby scheduled for May 13, 2020 at 2 p.m. At the conference, the Court will address the application by defense counsel to be relieved. The defendant, replacement counsel, and the A.U.S.A. must attend the conference. At 2 p.m. on May 13, 2020, the parties shall call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 919-6964, followed by the pound (#) key.
> SO ORDERED.

May 5, 2020

Honorable Alison J. Nathan
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: United States v. Michael Goliszeski, Docket #0208 1:19-CR-889-01(AJN); Request to Schedule a Conference.

Dear Judge Nathan,

I represent the above captioned individual on a matter, next on for sentencing before your Honor on June 11, 2020.

I am writing to respectfully request, pursuant to Rule 3.B of the court's Individual Practices in Criminal Cases, as well as the court's April 28, 2020 Order, to schedule a telephone conference for the court to address defense counsel's application to be relieved.

I am respectfully suggesting three possible dates and times for such a conference, all of which would be acceptable to replacement counsel, the defendant, and the assigned AUSA.

Those possible dates for a telephone conference would be:

1) Thursday, May 7, 2020, at 3:00pm.

2) Monday, May 11, 2020, at 4:00pm.

3) Wednesday, May 13, 2020, at 2:00pm.

All proposed dates and times are acceptable to all parties, should they work for the court's schedule.

Thank you in advance for the court's consideration of my request.

Respectfully submitted,

Stephen G. McCarthy, Jr.