


Alison J. Nathan, U.S.D.J.

May 12, 2020

> The substitution of counsel teleconference scheduled for May 13, 2020 at 2 p.m is hereby adjourned to May 15, 2020 at 1 p.m. At 1 p.m. on May 15, 2020, the parties shall call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 919-6964, followed by the pound (#) key.
> SO ORDERED.

**VIA ECF**
The Honorable Alison J. Nathan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Michael Goliszeski*, 19-cr-889 (AJN)

Dear Judge Nathan:

    I write to respectfully request that the change of counsel hearing Your Honor scheduled for May 13, 2020 at 2 p.m. in Mr. Goliszeski's case be rescheduled until later in the afternoon between 4-6 p.m. on May 13, 2020, Friday, May 15, 2020 between 1-3 p.m., or another time the following week at the Court's convenience. All counsel and Mr. Goliszeski are available on Wednesday and Friday at the proposed times, and can confer on alternative dates if those times do not work for the Court.

    With sincere apologies for any convenience, after Mr. McCarthy submitted a letter to the Court suggesting available times for all parties and before Your Honor set the time for the conference, Judge Castel scheduled a hearing on an emergency motion for compassionate release at the same time, 2 p.m. on May 13, 2020. In light of the urgency of the compassionate release motion for a very ill client, I would respectfully request that the change of counsel hearing be moved to later in the afternoon on Wednesday or Friday if that is a convenient time for the Court.

    Thank you for your consideration.

                Sincerely,

                /s/ Kristen M. Santillo
                Kristen M. Santillo