USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/9/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

          -v-

Michael Goliszeski,

                    Defendant.

19-cr-889 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      On December 4, 2020, the Court received by mail the attached letter from the Defendant. In the letter, the Defendant indicated that as of November 18, 2020, he had not been contacted by the Bureau of Prisons (BOP) regarding the details of his surrender, which is scheduled to occur on January 2, 2021, *see* Dkt. No. 36. The Defendant also requests a review and reconsideration of the sentence that the Court imposed on July 2, 2020, *see id.*

      With respect to the first request, the Government and defense counsel, Ms. Santillo, are hereby ORDERED to confer with BOP counsel to confirm the surrender date and ensure that the Defendant receives adequate notice regarding details of his surrender. The parties shall provide a status update within one week of this Order.

      To the extent that the letter is a *pro se* request for reconsideration of the sentence imposed by the Court, that request is DENIED.

      SO ORDERED.

Dated: December 9, 2020
       New York, New York

                                              _____
                                              ALISON J. NATHAN
                                              United States District Judge

Michael J. Goliszeski
50 Chelsea Avenue Apt. 214
Long Branch New Jersey, 07740

Mjgold2961@gmail.com

(908) 418-6817

November 18, 2020

Honorable Alison J. Nathan, U.S.D.J.
United States Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: United States v. Michael Goliszeski, 19-cr-889 (AJN)

Dear Judge Nathan:

On July 2, 2020, I was sentenced to one year and a day by your honor. My scheduled surrender date is January 2, 2021. I have not been contacted by the Federal Bureau of Prison as of the date of my letter to you.

I am writing you to respectfully request your review and reconsideration of my sentence. Given the increase in covid cases within the federal prison system. My continued employment at the First Presbyterian Church in Red Back, New Jersey; I have been employed by the church since May 2019. I have made the monetary restitution to Rexton Realty Company and I have paid all fines imposed by the court.

I would like the opportunity to maintain my position with the church and continue to do the work I do for the church. I want to contribute to society through whatever program your honor chooses in lieu of incarceration.

I turn seventy years old on January 29, 2020 I have lived a productive and respectful life the crime I was accused of and have accepted responsibility for was the only dark side of my life which I will forever regret.

I have been told the court does not have the time to read correspondence that I am now the property of the Federal Bureau of Prisons. I pray that is not true.

Respectfully yours,

Michael Goliszeski